08 CV 03441

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RITA RUSIN, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN AND JANE DOES 1-20,

        Defendants.

CIVIL ACTION NO.

**RULE 7.1 STATEMENT**

RECEIVED APR 08 2008
U.S.D.C. S.D. N.Y.
CASHIERS

---

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: NONE.

Date: April 8, 2008

                                                        Robert A. Skirnick (RS 2636)
                                                        Attorney for Plaintiff