UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY PISANO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>        Defendants. | No. 08 Civ. 3006 (UA) |
| HANS MENOS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>        Defendants. | No. 08 Civ. 3035 (RWS) |
| IRA GEWIRTZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>        Defendants. | No. 08 Civ. 3089 (RWS) |
| DREW V. LOUNSBURY, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>        Defendants. | No. 08 Civ. 3326 (RWS) |
| SHELDEN GREENBERG, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>        Defendants. | No. 08 Civ. 3334 (RWS) |

| | |
|---|---|
| SCOTT WETTERSTEN, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>                Defendants. | No. 08 Civ. 3351 (UA) |
| RITA RUSIN, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>                Defendants. | No. 08 Civ. 3441 (UA) |

## **NOTICE OF APPEARANCE**

Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendant The Bear Stearns Companies Inc.

Dated: April 14, 2008
New York, New York

                PAUL, WEISS, RIFKIND, WHARTON &
                GARRISON LLP

                By:   \s\ Brad S. Karp
                         Brad S. Karp

                1285 Avenue of the Americas
                New York, New York  10019-6064
                Tel:   (212) 373-3000
                Fax:  (212) 757-3980
                Email: bkarp@paulweiss.com

                *Attorneys for The Bear Stearns Companies Inc.*

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK    )
                     )    :ss
COUNTY OF NEW YORK   )

Dytonia Reed, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On April 14, 2007, I served a true copy of the foregoing NOTICE OF APPEARANCE on the following:

Barry H. Berke, Esq.
David S. Frankel, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036

Jay Kasner, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036

Michael Chepiga, Esq.
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

Ronald Richman, Esq.
Alan Glickman, Esq.
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022

Lawrence B. Pedowitz, Esq.
David B. Anders, Esq.
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019

Steven Molo, Esq.<br>
SHEARMAN & STERLING LLP<br>
599 Lexington Avenue<br>
New York, NY 10022<br>
<br>
Daniel S. Taub, Esq.<br>
BEAR STEARNS & CO., INC.<br>
383 Madison Avenue<br>
New York, NY 10179

3.   I made such service by personally enclosing a true copy of the aforementioned document in a properly addressed prepaid wrapper and depositing it into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

_____
Dytonia Reed

Sworn to before me this
14th day of April 2008

_____
Notary Public

TREVOR J. HILL
Notary Public, State of New York
No. 01HI6181504
Qualified in Bronx County
Commission Expires February 4, 2012