UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IRA GEWIRTZ, individually and on behalf
of all others similarly situated,

                    Plaintiff,

v.

THE BEAR STEARNS COMPANIES, INC.,
JAMES E. CAYNE, ALAN D. SCHWARTZ,
WARREN J. SPECTOR, SAMUEL L.
MOLINARO, JR., ALAN C. GREENBERG,
and JOHN AND JANE DOES 1-20,

                      Defendants

No. 08 cv 3089 (RWS) (JCF)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

---

PLEASE TAKE NOTICE that upon the annexed affidavit of Robert A. Skirnick in support of this motion and the status certificates annexed thereto, Plaintiff will move this Court, at such time as the Court should direct, for an Order, pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York, granting *pro hac vice* admission to Steve W. Berman and Andrew M. Volk, members of the firm of Hagens Berman Sobol Shapiro LLP, 1301 Fifth Avenue, Seattle Washington 98101, and members in good standing of the Bar of the State of Washington, for the purposes of participating in, arguing, and trying the above-captioned action as well as the following related actions: Anthony Pisano v. The Bear Stearns Companies, et al. (08 cv 3006); Rita Rusin v. The Bear Stearns Companies, et al. (08 cv 3441); and Lawrence Fink v. The Bear Stearns Companies, et al. (08 cv 3602).

DATED: New York, NY
          April 21, 2008

                                   MEREDITH COHEN GREENFOGEL &
                                   SKIRNICK, P.C.

                                   By: _____
                                   Robert A. Skirnick (RS-2636)
                                   One Liberty Plaza, 35th Floor
                                   New York, NY 10006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IRA GEWIRTZ, individually and on behalf :
of all others similarly situated, :
: 
: 
Plaintiff, : No. 08 cv 3089 (RWS) (JCF)
: 
: AFFIDAVIT OF
v. : ROBERT A. SKIRNICK
: IN SUPPORT OF
: ADMISSION PRO HAC VICE
THE BEAR STEARNS COMPANIES, INC., :
JAMES E. CAYNE, ALAN D. SCHWARTZ, :
WARREN J. SPECTOR, SAMUEL L. :
MOLINARO, JR., ALAN C. GREENBERG, :
and JOHN AND JANE DOES 1-20, :
:
Defendants :

---

State of New York    )
                     )
County of New York   )

ROBERT A. SKIRNICK states and declares under penalty of perjury as follows:

1. I am a member in good standing of the bar of this Court and an officer and shareholder of the firm of Meredith Cohen Greenfogel & Skirnick, P.C., counsel to Plaintiff in this action. I submit this affidavit in support of the application for an order, pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York, granting Steve W. Berman and Andrew M. Volk *pro hac vice* admission to this Court for the purposes of participating in, arguing, and trying the above-captioned action, in whole or in part, on behalf of Plaintiff, as well as participating in, arguing, and trying, in whole or in part, the following related actions on behalf of the respective Plaintiffs: Anthony Pisano v. The Bear Stearns Companies, et al. (08 cv 3006); Rita Rusin v. The Bear Stearns Companies, et al. (08 cv 3441); and Lawrence Fink v. The Bear Stearns Companies, et al. (08 cv 3602).

2. Steve W. Berman is a partner with the firm of Hagens Berman Sobol Shapiro LLP, 1301 Fifth Avenue, Seattle, Washington. A Status Certificate from the Washington State Bar Association is annexed hereto as Exhibit A.

3. Andrew M. Volk is a partner with the firm of Hagens Berman Sobol Shapiro LLP, 1301 Fifth Avenue, Seattle, Washington. A Status Certificate from the Washington State Bar Association is annexed hereto as Exhibit B.

4. Pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York, Plaintiff requests that Steve W. Berman and Andrew M. Volk be permitted to argue and participate in the above-captioned case as do the respective plaintiffs in Anthony Pisano v. The Bear Stearns Companies, et al. (08 cv 3006); Rita Rusin v. The Bear Stearns Companies, et al. (08 cv 3441); and Lawrence Fink v. The Bear Stearns Companies, et al. (08 cv 3602).

5. Because no novel issue of law is involved in this motion, Plaintiff requests that this Court waive the requirement of a supporting memorandum of law pursuant to L.R. 7.1 of the United States District Court for the Southern District of New York.

6. I have been advised by Lewis R. Clayton, of Paul Weiss Rifkin Wharton & Garrison LLP, counsel for defendant The Bear Stearns Companies, Inc., by David B. Anders of Wachtell, Lipton, Rosen & Katz, counsel for defendant Warren Spector, by Michael Chepiga of Simpson Thacher & Bartlett LLP, counsel for defendant Samuel Molinaro and by Steven Molo of Shearman & Sterling, counsel for Jeffrey Mayer, that they will not oppose the motion even though such motion had not previously been made. No counsel for any defendant has advised me of an intent to oppose the motion.

7. I have annexed, as Exhibit C, a proposed order.

8. There has been no prior application for the relief requested herein.

9. I declare under penalty of perjury that the foregoing is true and correct.

- 3 -

WHEREFORE, it is respectfully requested that this Court grant Steve W. Berman and Andrew M. Volk's *pro hac vice* admission to the bar of this Court for the purpose of participating in, arguing, and trying the above-captioned action and these related actions set forth above.

_____
Robert A. Skirnick (RS-2636)
MEREDITH COHEN GREENFOGEL
& SKIRNICK, P.C.
One Liberty Plaza, 35th Floor
New York, NY  10006
Tel: 212-240-0020
Fax: 212-240-0021

Subscribed and sworn to before me
this 21st day of April, 2008

_____
Notary Public

LINDA R. PUZZIO
Notary Public, State of New York
No.01PU5080306
Qualified in Bronx County
Commission Expires June 16 2011

# EXHIBIT A

# STATUS CERTIFICATE

This certifies that

# STEVE W. BERMAN

was admitted to the Bar of the State of Washington on July 20, 1982, has been an active member since admission, and has complied with all requirements of the Washington State Bar Association for payment of licensing fees and attendance at continuing legal education programs.

Dated as of April 9, 2008.

_Paula C. Littlewood_
Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Avenue, Suite 600
Seattle, WA 98101-2539
206-443-WSBA

# EXHIBIT B

# STATUS CERTIFICATE

This certifies that

# ANDREW M VOLK

was admitted to the Bar of the State of Washington on November 21, 1997, has been an active member since admission, and has complied with all requirements of the Washington State Bar Association for payment of licensing fees and attendance at continuing legal education programs.

Dated as of April 9, 2008.

*Paula C. Littlewood*
Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Avenue, Suite 600
Seattle, WA 98101-2539
206-443-WSBA

# EXHIBIT C

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IRA GEWIRTZ, individually and on behalf   :
of all others similarly situated,
                                          :   No. 08 Civ. 3089 (RWS) (JCF)
                      Plaintiff,          :
                                          :
        v.                                :   [PROPOSED] ORDER
                                          :
THE BEAR STEARNS COMPANIES, INC.,         :
JAMES E. CAYNE, ALAN D. SCHWARTZ,         :
WARREN J. SPECTOR, SAMUEL L.              :
MOLINARO, JR., ALAN C. GREENBERG,         :
and JOHN AND JANE DOES 1-20,              :
                                          :
                      Defendants.
------------------------------------------------------------x
```

AND NOW, this ____ day of _____, 2008, upon consideration of the motion of Plaintiff Ira Gewirtz for the *pro hac vice* admission of Steve W. Berman and Andrew M. Volk, pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York, IT IS HEREBY ORDERED that said motion is GRANTED and Mr. Berman and Mr. Volk are hereby admitted to this Court for the purpose of appearing in the above-captioned action as well as the related actions Anthony Pisano v. The Bear Stearns Companies, et al. (08 cv 3006), Rita Rusin v. The Bear Stearns Companies, et al. (08 cv 3441), and Lawrence Fink v. The Bear Stearns Companies, et al. (08 cv 3602), as counsel for Plaintiffs in each of the respective cases.

_____
ROBERT W. SWEET
UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

I, Robert A. Skirnick, Esq., hereby certify that on the 21st day of April, 2008, I caused to be served via U.S. mail on each of the parties listed on the attached service list in GEWIRTZ v. THE BEAR STEARNS COMPANIES, INC., ET AL. (08 cv 3089) true and correct copies of the following:

    Motion to Admit Counsel Pro Hac Vice

    Affidavit of Robert A. Skirnick in Support of Admission Pro Hac Vice

_____
Robert A. Skirnick

THE BEAR STEARNS COMPANIES, ET AL. ERISA LITIGATION
SERVICE LIST

Jeffrey H. Squire, Esq.
BRAGAR WEXLER & EAGEL PC
885 Third Avenue, Suite 3040
New York, NY 10022
Tel: 212-308-5858
Fax: 212-486-0462

*Counsel for Plaintiff Hans Menos*

I. Stephen Rabin, Esq.
Joseph V. McBride, Esq.
RABIN & PECKEL LLP
275 Madison Avenue, Suite 420
New York, NY 10016
Tel: 212-880-3722
Fax: 212-880-3716

*Counsel for Plaintiff Hans Menos*

Joseph H. Meltzer, Esq.
Edward W. Ciolko, Esq.
Mark K. Gyandoh, Esq.
Joseph A. Weeden, Esq.
SCHIFFRIN BARROWAY TOPAZ
& KESSLER LLP
280 Radnor Avenue
Philadelphia, PA 19087
Tel: 610-667-7706
Fax: 610-667-7056

*Counsel for Plaintiff Aaron Howard*

Brad Scott Karp, Esq.
Lewis R. Clayton, Esq.
PAUL WEISS RIFKIN WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212-373-3000
Fax: 212-757-3990

*Counsel for Defendant The Bear Stearns
Companies Inc., The Bear Stearns
Companies Inc., Executive Committee, and
Custodial Trust Company*

Paul J. Ondrasik, Jr., Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: 202-429-8088
Fax: 202-429-3902

*Counsel for Defendant The Bear Stearns
Companies Inc., The Bear Stearns
Companies Inc., Executive Committee, and
Custodial Trust Company*

Milo Silberstein, Esq.
William J. Dealy, Esq.
DEALY & SILBERSTEIN LLP
225 Broadway, Sutei 1405
New York, NY 10007
Tel: 212-385-0066
Fax: 212-385-2117

*Counsel for Plaintiffs Aaron Howard and\
Sheldon Greenberg*

Lester L. Levy, Esq.
Andrew Lencyk, Esq.
James Kelly-Kowlowitz, Esq.
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Tel: 212-759-4600
Fax: 212-486-2093

*Counsel for Plaintiff Estelle Weber*

Jules Brody, Esq.
Edwin J. Mills, Esq.
STULL STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: 212-687-7230
Fax: 212-490-2022

*Counsel for Plaintiff Drew V. Lounsbury*

Lynn L. Sarko, Esq.
Derek W. Loeser, Esq.
Erin M. Riley, Esq.
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: 206-623-1900
Fax: 206-623-3384

*Counsel for Plaintiff Shelden Greenberg*

Gary S. Graifman, Esq.
Michael L. Braunstein, Esq.
Reginald H. Rutishauser, Esq.
KANTROWITZ GOLDHAMER &
GRAIFMAN PC
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
Tel: 845-356-2570
Fax: 845-356-4335

*Counsel for Plaintiff Drew V. Lounsbury*

Dennis J. Johnson, Esq.
Jacob B. Perkinson, Esq.
James F. Conway, III, Esq.
Eben F. Duvan, Esq.
JOHNSON & PERKINSON
1690 Williston Road
PO Box 2305
South Burlington, VT 05043
Tel: 802-862-0030
Fax: 802-862-0060

*Counsel for Plaintiff Scott Wettersten*

Barry H. Berke, Esq.
David S. Frankel, Esq.
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Tel: 212-715-9100
Fax: 212-715-8000

*Counsel for Defendant James Cayne*

Michael Chepiga, Esq.
SIMPSON THACHER &
BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: 212-455-2000
Fax: 212-455-2502

*Counsel for Defendant Samuel Molinaro*

Ralph M. Stone, Esq.
James P. Bonner, Esq.
Thomas G. Ciarlone, Jr., Esq.
SHALOV STONE BONNER & ROCCO
LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Tel: 212-239-4340
Fax: 212-239-4310

*Counsel for Plaintiff Scott Wettersten*

Jay Kasner, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
4 Times Square
New York, NY 10036
Tel: 212-735-3000
Fax: 212-735-2000

*Counsel for Defendant Alan Schwartz*

Ronald Richman, Esq.
Alan Glickman, Esq.
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Tel: 212-756-2000
Fax: 212-593-5955

*Counsel for Defendant Alan Greenberg*

Lawrence D. Pedowitz, Esq.
David B. Anders, Esq.
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Tel: 212-403-1000
Fax: 212-403-2000

*Counsel for Defendant Warren Spector*

Steven Molo, Esq.
SHEARMAN & STERLING
599 Lexington Avenue
New York, NY 10022
Tel: 212-848-4000
Fax: 212-848-7179

*Counsel for Defendant Jeffrey Mayer*

**Motions**
1:08-cv-03089-RWS Gewirtz v. The Bear Stearns Companies, Inc. et al
ECF, RELATED

## U.S. District Court

### United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Skirnick, Robert on 4/21/2008 at 3:43 PM EDT and filed on 4/21/2008
**Case Name:**     Gewirtz v. The Bear Stearns Companies, Inc. et al
**Case Number:**   1:08-cv-3089
**Filer:**         Ira Gewirtz
**Document Number:** 24

**Docket Text:**
**MOTION for Leave to Appear pro hac vice** *on behalf of Steve W. Berman and Andrew M. Volk*. Document filed by Ira Gewirtz.(Skirnick, Robert)

**1:08-cv-3089 Notice has been electronically mailed to:**

Brad Scott Karp     bkarp@paulweiss.com

Douglas M. Pravda     dpravda@paulweiss.com, kbodkin@paulweiss.com

Lewis Richard Clayton     lclayton@paulweiss.com

Milo Silberstein     msilberstein@dealysilberstein.com

Robert Andrew Skirnick     mcgsny@aol.com

**1:08-cv-3089 Notice has been delivered by other means to:**

Scott Wettersten

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=4/21/2008] [FileNumber=4502444-0
] [976fa1df658ad017b5b3bb89feea307c5a84d7c5ee897dda0912d5453f84aaabd2c
0c59e8531206d7b492421552b899355043d78c48ca9c5edb9f0fb60ed65b8]]

**Service of Process:**
1:08-cv-03089-RWS Gewirtz v. The Bear Stearns Companies, Inc. et al
ECF, RELATED

U.S. District Court

United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Skirnick, Robert on 4/21/2008 at 3:48 PM EDT and filed on 4/21/2008
**Case Name:** Gewirtz v. The Bear Stearns Companies, Inc. et al
**Case Number:** 1:08-cv-3089
**Filer:** Ira Gewirtz
**Document Number:** 26

**Docket Text:**
**CERTIFICATE OF SERVICE of Motion to Admit Counsel pro hac vice; Affidavit of Robert A. Skirnick in Support of Admission pro hac vice served on All counsel on attached Service List on April 21, 2008. Service was made by Mail. Document filed by Ira Gewirtz. (Skirnick, Robert)**

**1:08-cv-3089 Notice has been electronically mailed to:**

Brad Scott Karp    bkarp@paulweiss.com

Douglas M. Pravda    dpravda@paulweiss.com, kbodkin@paulweiss.com

Lewis Richard Clayton    lclayton@paulweiss.com

Milo Silberstein    msilberstein@dealysilberstein.com

Robert Andrew Skirnick    mcgsny@aol.com

**1:08-cv-3089 Notice has been delivered by other means to:**

Scott Wettersten

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=4/21/2008] [FileNumber=4502519-0
] [9ab636969b374b772e3c20796e606f2c2cc6541b8fc9cd4aa5bb2c5ceb9c41aac7d
b0b896e9d8d93dd5599a5d091abffaada24094cb873ff00cebd952d89db6f]]