UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
RITA RUSIN,
Individually and On Behalf of All Others      :     **ELECTRONICALLY FILED**
Similarly Situated
                                                :     08 CV 3441 (RWS)

                Plaintiff,

                                        :

        - against -                              **NOTICE OF APPEARANCE**

                                          :

THE BEAR STEARNS COMPANIES, INC.,
et al.,                                      :

                Defendants.            :

-----------------------------------x

       Please take notice that the undersigned, of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Alan D. Schwartz.

Dated:   New York, New York
          May 12, 2008

                                                           /s/ Jay B. Kasner
                                                     Jay B. Kasner
                                                     SKADDEN, ARPS, SLATE,
                                                        MEAGHER & FLOM LLP
                                                   (Jay.Kasner@skadden.com)
                                                   Four Times Square
                                                   New York, New York 10036
                                                   (212) 735-3000

                                                   Attorneys for Defendant
                                                     Alan D. Schwartz

CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on May 12, 2008, I caused a true copy of the

- *Notices of Appearance*

to be served upon the following party as indicated:

By First-Class Mail

Steve W. Berman
Andrew M. Volk
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2929
Seattle, WA 98101

Dated:  New York, New York
        May 12, 2008

Steven Ray Katzenstein