## AFFIDAVIT OF SERVICE

# UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 03441

Date Filed: _____

Plaintiffs:
**RITA RUSIN, individually and on behalf of all others similarly situated**

vs.

Defendant:
**THE BEAR STEARNS COMPANIES, INC., et al.**

Received by ASK Litigation Support, Inc. to be served on **THE BEAR STEARNS COMPANIES, INC., 320 Madison Ave., New York, NY 10017**.

I, Simon Kahn, being duly sworn, depose and say that on the **6th day of May, 2008** at **2:30 pm, I:**

Personally delivered a true copy of the **Summons & Complaint** to David Petercsak, Vice President and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: Caucasian, Height: 5'10", Weight: 175, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____5/12/08_____
              Date

**Simon Kahn**
Process Server

**ASK Litigation Support, Inc.**
**D/B/A Firm Service**
**211 East 43rd Street, Suite 1901**
**New York, NY  10017**
**(212) 481-9000**
Our Job Serial Number: 2008000300

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 08 CV 03441

Date Filed: _____

Plaintiffs:
**RITA RUSIN, individually and on behalf of all others similarly situated**

vs.

Defendant:
**THE BEAR STEARNS COMPANIES, INC., et al.**

Received by ASK Litigation Support, Inc. to be served on **JAMES E. CAYNE, The Bear Stearns Companies, Inc., 320 Madison Ave., New York, NY 10017**.

I, Simon Kahn, being duly sworn, depose and say that on the **6th day of May, 2008** at **2:30 pm, I:**

**PERSONALLY** delivered a true copy of the **Summons & Complaint** to David Pastercsak, V.P., accepting on his behalf , who was served in hand at the actual place of business, indicated above.

**Description** of Person Served:  Age: 50,  Sex: M,  Race/Skin Color: Caucasian,  Height: 5'10",  Weight: 175,  Hair: Brown,  Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____6/12/08_____
Date

**Simon Kahn**
Process Server

**ASK Litigation Support, Inc.**
**D/B/A Firm Service**
**211 East 43rd Street, Suite 1901**
**New York, NY  10017**
**(212) 481-9000**
Our Job Serial Number: 2008000302

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

## AFFIDAVIT OF SERVICE

# UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 03441

Date Filed: _____

Plaintiffs:
**RITA RUSIN, individually and on behalf of all others similarly situated**

vs.

Defendant:
**THE BEAR STEARNS COMPANIES, INC., et al.**

Received by ASK Litigation Support, Inc. to be served on **ALAN D. SCHWARTZ., The Bear Stearns Companies, Inc., 320 Madison Ave., New York, NY 10017**.

I, Simon Kahn, being duly sworn, depose and say that on the **6th day of May, 2008** at **2:30 pm, I:**

**PERSONALLY** delivered a true copy of the **Summons & Complaint** to David Petercsak. V.P., accepting on his behalf , who was served in hand at the actual place of business, indicated above.

**Description** of Person Served: Age: 5, Sex: M, Race/Skin Color: Caucasian, Height: 5'10", Weight: 175, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____5/12/08_____
            Date

**Simon Kahn**
Process Server

**ASK Litigation Support, Inc.**
**D/B/A Firm Service**
**211 East 43rd Street, Suite 1901**
**New York, NY  10017**
**(212) 481-9000**
Our Job Serial Number: 2008000305

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 03441

Date Filed: _____

Plaintiffs:
**RITA RUSIN, individually and on behalf of all others similarly situated**

vs.

Defendant:
**THE BEAR STEARNS COMPANIES, INC., et al.**

Received by ASK Litigation Support, Inc. to be served on **WARREN J. SPECTOR, The Bear Stearns Companies, Inc., 320 Madison Ave., New York, NY 10017**.

I, Simon Kahn, being duly sworn, depose and say that on the **6th day of May, 2008** at **2:30 pm, I:**

**PERSONALLY** delivered a true copy of the **Summons & Complaint** to David Pastercsak, V.P. accepting on his behalf , who was served in hand at the actual place of business, indicated above.

**Description** of Person Served:  Age: 50,  Sex: M,  Race/Skin Color: Caucasian,  Height: 5'10",  Weight: 175,  Hair: Brown,  Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____6/12/08_____
　　　　　　　　Date

**Simon Kahn**
Process Server

**ASK Litigation Support, Inc.**
**D/B/A Firm Service**
**211 East 43rd Street, Suite 1901**
**New York, NY 10017**
**(212) 481-9000**
Our Job Serial Number: 2008000301

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

## AFFIDAVIT OF SERVICE

# UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 03441

Date Filed: _____

Plaintiffs:
**RITA RUSIN, individually and on behalf of all others similarly situated**
vs.
Defendant:
**THE BEAR STEARNS COMPANIES, INC., et al.**

Received by ASK Litigation Support, Inc. to be served on **SAMUEL L. MOLINARO. JR., The Bear Stearns Companies, Inc., 320 Madison Ave., New York, NY 10017**.

I, Simon Kahn, being duly sworn, depose and say that on the **6th day of May, 2008** at **2:30 pm, I**:

**PERSONALLY** delivered a true copy of the **Summons & Complaint** to David Petercsak, V.P., accepting on his behalf , who was served in hand at the actual place of business, indicated above.

**Description** of Person Served: Age: 50,  Sex: M,  Race/Skin Color: Caucasian,  Height: 5'10",  Weight: 175,  Hair: Brown,  Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____5/12/08_____

Date

**Simon Kahn**
Process Server

**ASK Litigation Support, Inc.**
**D/B/A Firm Service**
**211 East 43rd Street, Suite 1901**
**New York, NY  10017**
**(212) 481-9000**
Our Job Serial Number: 2008000303

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 08 CV 03441

Date Filed: _____

Plaintiffs:
**RITA RUSIN, individually and on behalf of all others similarly situated**

vs.

Defendant:
**THE BEAR STEARNS COMPANIES, INC., et al.**

Received by ASK Litigation Support, Inc. to be served on **ALAN C. GREENBERG, The Bear Stearns Companies, Inc., 320 Madison Ave., New York, NY 10017.**

I, Simon Kahn, being duly sworn, depose and say that on the **6th day of May, 2008** at **2:30 pm, I:**

**PERSONALLY** delivered a true copy of the **Summons & Complaint** to David Petercsak, V.P. accepting on his behalf , who was served in hand at the actual place of business, indicated above.

**Description** of Person Served:  Age: 50,  Sex: M,  Race/Skin Color: Caucasian,  Height: 5'10",  Weight: 175,  Hair: Brown,  Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ 5/12/08 _____          _____
                          Date                                          **Simon Kahn**
                                                                          Process Server

**ASK Litigation Support, Inc.**
**D/B/A Firm Service**
**211 East 43rd Street, Suite 1901**
**New York, NY  10017**
**(212) 481-9000**
Our Job Serial Number: 2008000304

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j